**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**April 14, 2006**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

DONALD L. NICELY,

      Plaintiff-Appellant,

v.

DONALD RUMSFELD, Secretary of
Defense,

      Defendant-Appellee.

No. 05-3316

District of Kansas

(D.C. No. 04-CV-1384-WEB)

---

**ORDER AND JUDGMENT** *

---

Before **MURPHY** , **SEYMOUR** , and **McCONNELL** , Circuit Judges.

---

Plaintiff-Appellant Donald L. Nicely, an employee of the Defense

Commissary Agency at McConnell Air Force Base, filed this lawsuit, pro se,

alleging that he was subjected to unequal terms and conditions of employment on

---

*After examining the briefs and appellate record, this panel has determined
unanimously that oral argument would not materially assist in the determination
of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). This case is
therefore submitted without oral argument. This order and judgment is not
binding precedent, except under the doctrines of law of the case, res judicata, and
collateral estoppel. The court generally disfavors the citation of orders and
judgments; nevertheless, an order and judgment may be cited under the terms and
conditions of 10th Cir. R. 36.3.

account of his race (Caucasian). He alleges a variety of racially motivated indignities, including being forced to sit at a meeting when others stood, being given the wrong set of keys, being greeted with the "black power" salute, experiencing delays in receiving a personal code, receiving emails through an assistant rather than directly, receiving training that was flawed in various respects, and being followed around the store. The district court granted summary judgment, ruling as a matter of law that the Plaintiffs' allegations did not constitute "adverse employment actions" within the meaning of Title VII or rise to the level of a hostile work environment.

In his brief in this Court, which we construe liberally, Plaintiff argues that the district court made false statements of fact and that the Defendants provided false statements and affidavits and withheld evidence.

We have carefully examined the Memorandum and Order issued by the district court in light of Plaintiff's contentions, and conclude that the court based its judgment on the allegations in Plaintiff's own complaint. Any discrepancies in the description of the facts were minor and could not have affected the outcome of the case.

The judgment of the United States District Court for the District of Kansas is therefore    **AFFIRMED** .

Entered for the Court,

Michael W. McConnell
Circuit Judge